IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>    Plaintiff-Respondent,  )<br>  )<br>v.  )<br>  )<br>ALFREDO FELIX NUNO-  )<br>MONTANO,  )<br>  )<br>    Defendant-Movant.  )<br>_____) | Case Nos.   CV-05-455-E-BLW<br>                 CR-02-232-E-BLW<br><br>**ORDER** |

     Pending before the Court is Defendant's Motion to Withdraw Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Docket No. 6). Defendant's Motion to Withdraw is supported by a supporting affidavit stating that he has "no intention of perfecting [his] collateral attack under motion § 2255 . . . ." Docket No. 6 at p. 2. The Government apparently does not oppose the Motion to Withdraw as it has not filed a response, although it had filed a Response (Docket No. 5) to the § 2255 Motion . Accordingly,

     IT IS HEREBY ORDERED that Defendant's Motion to Withdraw Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Docket No. 6) is GRANTED.

**Order - 1**

IT IS FURTHER HEREBY ORDERED that Defendant's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Docket No. 1 in CV-05-455-E-BLW and Docket No. 55 in CR-02-232-E-BLW) is DISMISSED without prejudice.

IT IS FURTHER HEREBY ORDERED that Case No. CV-05-455-E-BLW is DISMISSED in its entirety.



DATED: **August 9, 2006**

B. LYNN WINMILL
Chief Judge
United States District Court